

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| AMBROS RUBIO, | § | No. 08-14-00310-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 409th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| | § | |
| State. | § | (TC# 20120D02439) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **July 1, 2015**.   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before July 1, 2015.

IT IS SO ORDERED this 7th day of May, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.